UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KATHLEEN MAYER,

    Plaintiff,

v.                                                        CASE NO: 8:07-cv-408-T-23EAJ

SECRETARY, UNITED STATES
DEPARTMENT OF VETERAN AFFAIRS,

    Defendant.
_____/

## **ORDER**

An order (Doc. 3) directed the plaintiff to show, on or before July 25, 2007, why this action should not be dismissed for lack of prosecution for failure to serve. The order cautioned that failure to comply would result in dismissal of the action without further notice. The plaintiff neither files a response nor moves to extend the time for a response. Accordingly, this action is **DISMISSED** for lack of prosecution pursuant to Local Rule 3.10. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on August 13, 2007.

                                                                          STEVEN D. MERRYDAY
                                                              UNITED STATES DISTRICT JUDGE

cc:     US Magistrate Judge
          Courtroom Deputy